**DISMISS; Opinion issued March 28, 2013**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-12-00425-CV**

**WILSON AND JANICE JONES AND ALL OCCUPANTS OF**
**610 N. SILVER CREEK DALLAS, TEXAS, Appellants**
**V.**
**VRM (VENDOR RESOURCE MANAGEMENT), DULY AUTHORIZED**
**AGENT FOR THE SECRETARY OF VETERANS AFFAIRS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-08796-C**

**MEMORANDUM OPINION**
Before Justices Bridges, FitzGerald, and Myers

The Court has before it appellee's March 1, 2013 motion to dismiss appeal as moot, which is unopposed. We **GRANT** the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

PER CURIAM

120425F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

WILSON AND JANICE JONES, AND ALL
OCCUPANTS OF 610 N. SILVER CREEK
DALLAS, TEXAS, Appellants

No. 05-12-00425-CV      V.

VRM (VENDOR RESOURCE
MANAGEMENT), DULY AUTHORIZED
AGENT FOR THE SECRETARY OF
VETERANS AFFAIRS, Appellee

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-11-08796-C.
Opinion delivered per curiam before Justices
Bridges, FitzGerald and Myers.

In accordance with this Court's opinion of this date, the judgment of the trial court is
**DISMISSED**.

It is **ORDERED** that appellee VRM (VENDOR RESOURCE MANAGEMENT), DULY
AUTHORIZED AGENT FOR THE SECRETARY OF VETERANS AFFAIRS recover its costs
of this appeal from appellants WILSON AND JANICE JONES, AND ALL OCCUPANTS OF
610 N. SILVER CREEK DALLAS, TEXAS.

Judgment entered March 28, 2013.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE